UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## 28 U.S.C § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

• NAME:                              • CAUSE NO:

RANDY YBARRA                              3:22-cv-613

• Place of Confinement:            • EARLIEST POSSIBLE RELEASE:

I.D.O.C, Westville Correctional        11-5-2031

① 
   • NAME OF FACILITY HOLDING HEARING:  Westville

Correctional Facility
   • DATE OF HEARING: "REHEARING" 4/21/22 "ORGINIAL

HEARING BEFORE VACATED" 7/28/21

   • CASE NO: WCC-21-07-0116

   • OFFENSE : USE/POSSESSION OF CELLPHONE/ WIRE -

LESS DEVICE

   • CODE:  A-121       DID YOU PLEA GUILTY?  NO

② 
   • LOST EARNED CREDIT CLASS/TIME?  YES , I

LOST 90 days earned credit time.

③ DEMOTED IN CREDIT CLASS?  YES

1

④
- APPEALED TO THE SUPERINTENDENT? YES,

THE RESULT WAS: APPEAL DENIED

⑤
- APPEALED TO FINAL REVIEWING AUTHORITY?

YES, the result was: NO REPLY

⑥
- PREVIOUSLY CHALLENGED THIS DISCIPLINARY

HEARING IN FEDERAL COURT? YES, 3:21-CV-723

⑦
- ARE PAYING THE $5.00 FILING FEE?

NO, I HAVE ATTACHED A SEPARATE PRISONER

MOTION TO PROCEED IN FORMA PAUPERIS AND

A COPY OF MY INMATE TRUST FUNDS LEDGER

FOR PAST SIX MONTHS, BECAUSE I HAVE

LESS THAN $15.00 NOW, AND I HAVE NOT

2

OVER $5.00 IN PAST SIX MONTHS.

GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

GROUND ONE: WCF denied me due process, held a hearing without me Knowing, oppossed sanctions that were served completely on part and 7 months into "1 year idle time" on another part by time I filed HABEAS CORPUS PETITION 3:21-CV-723, which order warden to produce documents that lead Warden to vacate the sanctions, this got petition dismissed only to have warden come later with a rehearing on 2-21-22, finding me guilty again and opposing sanctions <u>again</u> without credit for any already served/completed time from first illegal hearing denying my right to due process, and now denying my appeals to atleast be credited for already served sanctions in this same case NO: WCC-21-07-0116 discinplinary procedure.
     I have reserved all set restrictions, and now being forced to redo for second time idle time that is denying me from a working state paid job or to particapate in a program. THIS is double Jeperdy and custody refuse to correct anything or reply.


• Supporting Facts: I have attached documents in

my possession showing denials to attempts to correct.

3

## RELIEF

1. "COURT TO ~~SEE~~ SET A DATE FOR HEARING TO STOP BEING FORCED TO REDO FOR SECOND TIME SANCTIONS THAT ARE KEEPING ME ON DISCIPLINARY IDLE ~~BREE~~ WITHOUT BEING CREDITED FOR TIME ALREADY SERVED, NOT TO MENTION SANCTIONS SERVED IN PART TWICE ALREADY FOR SAME CAUSE.

I declare under penalty of perjury that the foregoing is true and correct.

7-24-22

RANDY YBARRA #158166

4